ALLIED-SIGNAL AEROSPACE CO., GARRETT ENGINE DIV., AND GARRETT AUXILIARY POWER DIV., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., DEFENDANT-INTERVENOR, AND FEDERAL-MOGUL CORP, DE-FENDANT-INTERVENOR

Court No. 91–08–00571

(Dated July 27, 1993)

## JUDGMENT

TSOUCALAS, *Judge:* In accordance with the decision (June 22, 1993) and mandate (July 13, 1993) of the United States Court of Appeals for the Federal Circuit, Appeal No. 91–1049,

IT IS HEREBY ORDERED that this case is remanded to the Department of Commerce, International Trade Administration ("Commerce") to recalculate the dumping margins at issue under the second tier of the two-tier BIA methodology; and it is further

ORDERED that Commerce will report the results of this remand to the Court within forty-five (45) days of the entry of this order.